PAMELA TSAO (SBN 266734)
ASCENSION LAW GROUP, PC
2030 E. FOURTH STREET
SUITE 205
SANTA ANA, CA 92705
Telephone: 714.783.4220
Fax: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIE SHACKELFORD & JOEL SHACKELFORD, INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>ASCENSION LAW GROUP, PC; PAMELA TSAO; CLOUD PORTFOLIO RECOVERY INC.,<br><br>Defendants. | CASE NO. 8:14-CV-02022<br><br>**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

TO PLAINITFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, Defendants Cloud Portfolio Recovery, Inc., Pamela Tsao and Ascension Law Group, PC ("Defendants") hereby allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiff Kristie Shackelford against Defendants in the sum of Three-Thousand One Dollar and Zero Cents ($3,001.00); a judgment in favor of plaintiff Joel Shackelford against Defendants in the sum of Three-Thousand One Dollar and Zero Cents ($3,001.00); a judgment in favor of the putative class members for One Thousand Dollars ($1,000.00) against Cloud Portfolio Recovery, Inc. and Ascension Law Group, PC; plus Plaintiffs' reasonable costs and reasonable attorney's fees as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

If Plaintiffs do not accept this offer, they may become obligated to pay Defendant's costs incurred after the making of this offer in the event that they do not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiff must, within 14 days after being served, serve written notice to Defendant accepting the offer.

This offer is not to be construed in any way as an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

ASCENSION LAW GROUP, PC

DATE: January 20, 2015

_____
Pamela Tsao, attorney for Plaintiff
Cloud Portfolio Recovery, Inc.

## PROOF OF SERVICE

Shackelford v. Ascension Law Group, PC, et al., (Case No. 14CV2821)

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my residence address is: 188 N. Madison, Pasadena CA

On January 20, 2015 I served the foregoing documents described as: OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 to the following parties:

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq.
245 Fischer Ave, Unit D1
Costa Mesa, CA 92626

Hyde & Swigart
Joshua B. Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108

Babak Semnar, Esq
Jared M. Hartman, Esq
400 S. Melrose Dr, Suite 209
Vista, CA 92081

[X] (By U.S. Mail) I deposited such envelope in the mail at Santa Ana, California with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

January _20, 2015

Mark Tran

3
RULE 68 OFFER OF JUDGMENT