JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIE SHACKELFORD; AND, JOEL SHACKELFORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ASCENSION LAW GROUP, PC; PAMELA TSAO; AND, CLOUD PORTFOLIO RECOVERY, INC.,**<br><br>Defendants. | Case No.: SACV14-2022 AG (DFMx)<br><br>**ORDER RE: DISMISSAL**<br><br>**HON. ANDREW J. GUILFORD** |

Based upon the Parties' Joint Stipulation, and good cause, the Court hereby Orders Plaintiff dismissed with prejudice; and, the putative class members dismissed without prejudice. Each party shall bear their own costs.

**IT IS SO ORDERED.**

Dated: **June 29, 2015**

_____
Hon. Andrew J. Guilford
United States District Court Judge